JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS APARICIO,<br><br>        Plaintiff(s),<br><br>   vs.<br><br>KHIN TAN, et al.,<br><br>        Defendant(s). | Case No. 2:18-cv-03644-RGK-AFM<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On November 1, 2018, the Court issued an Order to Show Cause (OSC) re Dismissal for Lack of Prosecution ("OSC") requiring plaintiff to respond to the OSC by November 6, 2018. The OSC ordered the plaintiff to submit proof of timely service of the summons and complaint on all defendants. The last day to serve the summons and complaint was July 29, 2018 (the OSC contained an error stating that the last day to serve the summons and complaint was June 12, 2018).

On November 6, 2018, plaintiff filed a written response to the OSC and a First Amended Complaint, rather than the proof of service as ordered. The Court finds no good cause for the 100-day delay in the prosecution of this action and orders the First Amended Complaint filed at docket entry 10 stricken and dismisses the matter for lack of prosecution.

**IT IS SO ORDERED.**

Dated: November 15, 2018

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE